# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0415

VERSUS

BERNARD DAVIDSON

**JUNE 21, 2021**

---

In Re:     Bernard Davidson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 289190, 289191.

---

**BEFORE:    GUIDRY, McDONALD, AND McCLENDON, JJ.**

**WRIT DENIED.** The record of the St. Tammany Parish Clerk of Court shows that following a hearing on June 14, 2021, the district court denied relator's "Motion to Enforce Plea Bargain Agreement Made by the State or to Set Aside Constitutionally Infirm Guilty Plea." In the event relator elects to file a new application with this court seeking review of the district court's ruling, he may do so without the necessity of obtaining a return date. The application shall be filed on or before August 10, 2021, and should include a copy of this ruling, and the entire contents of this writ application including the motion at issue, the criminal court minutes, and any other portions of the district court record that might support the claim presented in the motion.

**JMG**
**JMM**
**PMc**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT